AO 91 (Rev. 08/09)  Criminal Complaint

SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**

**JUL 18 2017**

ARTHUR JOHNSTON
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 1:17mj568 |
| Travis Dymesece Madden | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____July 17, 2017_____ in the county of _____Harrison_____ in the _____Southern_____ District of __MS, Southern Division__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841(a)(1) | Possession with Intent to Distribute a Controlled Substance, to wit, cocaine hydrochloride and cocaine base commonly known as "crack" schedule II narcotic drug controlled substances. |

This criminal complaint is based on these facts:

See affidavit attched hereto and incorporated herein

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Jennifer Krump Task Force Agent/ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____07/18/2017_____

_____
*Judge's signature*

City and state: _____Gulfport, MS_____

Robert H. Walker, U.S. Magistrate Judge
*Printed name and title*

# Affidavit in Support
# Of
# Criminal Complaint

Defendants:
*Travis Dymesece MADDEN*

Your Affiant, Jennifer Krump, being duly sworn, deposes and states the following:

## Introduction

I am a Task Force Agent with the Bureau of Alcohol, Tobacco and Firearms (ATF). My parent agency is the Gulfport Police Department, where I hold the rank of Detective in the Criminal Investigations Division.  I am currently assigned as a Task Force Agent with the Bureau of Alcohol, Tobacco and Firearms Gulfport Field Office. The ATF Task Force in Gulfport, Mississippi, is made up of Special Agents from the ATF, Agents from the Mississippi Bureau of Narcotics (MBN), and Detectives from the Police Departments of Biloxi, Harrison County, and Gulfport.  I have been assigned to the ATF Task Force in Gulfport, Mississippi for approximately 1 year.  I have been employed by the Gulfport, Mississippi Police Department as a Police Officer since January 2011.  My primary duties at the ATF Task Force include the investigation of federal, state and local firearms and narcotics violation and associated violent crimes.  I have participated in numerous firearms and narcotics investigations, during the course of which I have conducted or participated in: physical and wire surveillances, undercover transactions, the introduction of undercover agents, the execution of search warrants, debriefing of informants, and reviews of taped conversations and open source surveillance and intelligence gathering.  I have also been the Affiant for search warrants and arrest warrants. Through my training, education, and experience, I have become familiar with the manner in which firearms are manufactured, purchased and sold in addition to how illegal drugs are transported, stored, and distributed and the methods of payments for such drugs and firearms.

## Probable Cause Factual Basis

1.  On Monday, July 17, 2017, the Gulfport Police Department's Narcotics Division executed a search warrant at 4545 Engram Drive Apartment #1323.   During the execution of that search warrant, Detectives contacted B/M Travis Dymesece MADDEN who resides at that residence.

2.  During the execution of the search warrant, the Detectives recovered approximately 70.78 grams of Cocaine HCl, 15.74 grams of Crack Cocaine,  a short barrel Ruger 10-22 .22lr rifle (S/N: 823-45830) with ten (10) rounds .22 caliber ammunition in the attached magazine, a Glock Model 22 .40 caliber pistol (S/N: XUG959) with nineteen (19) rounds of .40 caliber ammunition in the attached magazine and identification for MADDEN throughout the residence.  The substance field tested positive for Cocaine.  Both the narcotics and the firearms were processed and secured as evidence.

3.  MADDEN was transported to the Gulfport, Mississippi Police Department for processing. During a post arrest Miranda Statement conducted by the Narcotics Division, DEA and ATF Task Force, MADDEN admitted to possessing the narcotics stating that he

had purchased the Cocaine HCl and was manufacturing the Crack Cocaine  himself. MADDEN further admitted to possessing the two (2) firearms recovered, stating he had recently obtained them from an associate.

## CONCLUSION

Based upon my experience as a ATF Task Force Agent and the facts listed above involving Travis Dymesece MADDEN, it is my opinion that there is probable cause to believe that violations of Title 21, United States Code, Section 841, have been committed in the Southern District of Mississippi by Travis Dymesece MADDEN involving possession with intent to distribute cocaine hydrochloride and cocaine base.  I, Jennifer Krump, under penalty of perjury, under the laws of the United States of America, do herby declare, certify, verify and state, that the foregoing is true and correct to the best of my knowledge.

Jennifer Krump
Task Force Agent
Bureau of Alcohol, Tobacco and Firearms

Sworn and subscribed to me this ___18th___ day of July, 2017.

UNITED STATES MAGISTRATE JUDGE